# CRIMINAL CALENDAR

The following CRIMINAL CASE will be presented by the United States Government in the United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, before the Honorable S. Dave Vatti, United States Magistrate Judge, on **Wednesday, February 22, 2023, at 10:00 a.m.** for Waiver of Indictment and Guilty Plea

AUSA Susan L. Wines
Waiver of Indictment and Guilty Plea

UNITED STATES

v.

JOHN DOE

(Fred L. Baker, Esq.)

Docket No. 3:23cr30 MPS/SDV

COUNT ONE
26 U.S.C. § 7201
(Tax Evasion)

PENALTIES
- Imprisonment: 5 years
- Fine: $250,000
- Supervised Release: 3 years
- Mandatory Special Assessment: $100.00

TO: The Honorable S. Dave Vatti, United States Magistrate Judge
    U.S. Marshals Service – Bridgeport
    U.S. Probation Office – Bridgeport
    Kathryn Franson, Special Agent, Internal Revenue Service, Criminal Investigation,
    150 Court Street, Room 214, New Haven, CT 06510
    Fred L. Baker, Esq., Baker Law Firm P.C., 24 Delay St., Danbury, CT 06810