UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

THOMAS R. SAINT

Criminal No. 3:23 cr 30 (MPS)

VIOLATION:
26 U.S.C. § 7201 (Tax Evasion)

FEB 22 2023 PM1:57
FILED - USDC - BPT - CT

INFORMATION

The United States Attorney charges:

COUNT ONE
(Tax Evasion)

1. At all times relevant to this Information, the defendant THOMAS R. SAINT, a resident of Newtown, Connecticut, was the sole owner of Tom Saint Painting and Remodeling LLC, a Schedule C business engaged in painting and home renovation services. SAINT received payment from his business clients predominantly in the form of checks, but also by cash and credit card.

2. From in or about January 2017 through on or about April 15, 2018, in the District of Connecticut, the defendant THOMAS R. SAINT willfully attempted to evade and defeat income tax due and owing by him to the United States of America, for the calendar year 2017, by committing the following affirmative acts, among others:

    a. cashing checks from clients representing business income instead of depositing them into the business account;

    b. engaging the services of a tax preparer to prepare his 2017 tax return but failing to tell the tax preparer that SAINT: i) cashed business checks without ever depositing them into the business account, and ii) deposited cash and business checks representing business income into his personal bank

account rather than the business account; and

c. filing and causing to be filed with the IRS on or about April 15, 2018, a U.S. Individual Income Tax Return, Form 1040 for calendar year 2017 which was false in that it failed to declare $480,857 in cashed checks representing business income and $157,213 in deposits representing business income into SAINT's personal bank account (a total of $573,030 in gross receipts).

All in violation of Title 26, United States Code, Section 7201.

UNITED STATES OF AMERICA

*Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Susan L. Wines*
SUSAN L. WINES
ASSISTANT UNITED STATES ATTORNEY